# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-131-KDB-DCK

| | |
|---|---|
| **JUDAMEYRE MCRAE,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **NIAGARA BOTTLING, LLC** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Discovery (Request Evidence)" (Document No. 6) and "Motion To Separate This Case Into Multiple Cases For Different NC General Statues Numbers" (Document No. 7) filed September 24, 2020. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will deny the motions without prejudice.

The undersigned observes that the Honorable Kenneth D. Bell issued an "Order" (Document No. 5) on September 18, 2020, allowing *pro se* Plaintiff to file an Amended Complaint and that an Amended Complaint (Document No. 8) was timely filed on September 29, 2020. The undersigned further observes that "Court-enforceable discovery does not commence until issues have joined and a Scheduling Order has been entered." Local Rule 16.1(f).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Discovery (Request Evidence)" (Document No. 6) and "Motion To Separate This Case Into Multiple Cases For Different NC General Statues Numbers" (Document No. 7) are **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: October 1, 2020

David C. Keesler
United States Magistrate Judge