IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:20-CV-131-KDB-DCK

| | |
|---|---|
| **JUDAMEYRE MCRAE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **NIAGARA BOTTLING, LLC,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion [To] Increase financial damage amount" (Document No. 20) filed December 21, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will <u>grant</u> the motion.

The undersigned construes *pro se* Plaintiff's filing as a motion to amend the Complaint to revise the claim for damages. The Court will allow Plaintiff's request; however, further amendments, or extensions of time to amend, are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion [To] Increase financial damage amount" (Document No. 20) is **GRANTED**. Plaintiff may file a Second Amended Complaint on or before **January 5, 2021**. Defendant shall file an Answer, or otherwise respond to Plaintiff's Second Amended Complaint, on or before **January 22, 2021**.

**SO ORDERED.**

Signed: December 22, 2020

David C. Keesler
United States Magistrate Judge